**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 98-7773**

───────────────

CHRISTOPHER HOLMES CONOVER,

                                Plaintiff - Appellant,

        versus

THOMAS R. CORCORAN, Warden,

                                Respondent - Appellee.

───────────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Marvin J. Garbis, District Judge. (CA-98-
2840-MJG)

───────────────

Submitted:  March 11, 1999          Decided:  March 18, 1999

───────────────

Before WIDENER and LUTTIG, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

───────────────

Dismissed by unpublished per curiam opinion.

───────────────

Christopher Holmes Conover, Appellant Pro Se.  John Joseph Curran,
Jr., Attorney General, David Jonathan Taube, Assistant Attorney
General, Ann Norman Bosse, OFFICE OF THE ATTORNEY GENERAL OF MARY-
LAND, Baltimore, Maryland, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Christopher Holmes Conover appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Conover v. Corcoran, No. CA-98-2840-MJG (D. Md. Nov. 23, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED